UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIATRIS HEALTHCARE (PTY) LTD,<br><br>                   Petitioner,<br><br>-against-<br><br>SEDIA BIOSCIENCES CORPORATION,<br><br>                   Respondent. | 25-CV-8790 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      On October 23, 2025, Petitioner filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioner shall file and serve any additional materials with which it intends to support its petition to confirm by **November 13, 2025**. Respondent's opposition, if any, is due on **December 4, 2025**. Petitioner's reply, if any, is due **December 11, 2025**.

      Petitioner shall serve the petition and all supporting papers, as well as this Order, upon Respondent pursuant to Rule 4 of the Federal Rules of Civil Procedure no later than **November 13, 2025**, and shall file an affidavit of such service with the court no later than **November 14, 2025**.

SO ORDERED.

Dated: October 24, 2025
       New York, New York

                                                  ARUN SUBRAMANIAN
                                                  United States District Judge