**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VIATRIS HEALTHCARE (PTY) LTD., <br><br> Petitioner, <br><br> v. <br><br> SEDIA BIOSCIENCES CORPORATION, <br><br> Respondent. | Case No. 1:25-cv-08790-AS <br><br> [~~PROPOSED~~] ORDER AND JUDGMENT CONFIRMING THE ARBITRATION AWARD |

Petitioner Viatris Healthcare (Pty) Ltd. ("Viatris") having petitioned this Court for an Order to Confirm the Arbitration Award ("Award") against Sedia Biosciences Corporation ("Sedia"); the Court having considered the petition, all the papers submitted, and for the reasons set forth in this Court's opinion and order issued December 15, 2025, it is hereby:

**ORDERED, ADJUGED, AND DECREED**, this 19th day of December 2025, that the Award is **CONFIRMED** in favor of Viatris. The Court orders that Sedia shall pay Viatris $335,072.71, plus post-Award interest at a rate of 4.36% for each day after October 13, 2025 until December 19, 2025, and then post-judgment interest under 28 U.S.C. § 1961 until Sedia pays the judgment.

**SO ORDERED.**

DATED: <u>December 19, 2025</u>

_____
THE HONORABLE ARUN SUBRAMANIAN
United States District Judge